■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYAN MILLER, Appellant. [813 NYS2d 662]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (Rosenwasser, J.), imposed February 20, 2003, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Florio, Santucci, Skelos and Dillon, JJ., concur.